No. 73–1930. JEFFRIES *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 73–1952. TOSINI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1955. AMOS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–1960. ANGIULO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–1975. FERRARO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–1988. TEXAS CITY DIKE & MARINA, INC. *v.* BRENNAN, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 73–2003. SPIEGEL, INC. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 73–2009. SAVARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–2032. LOCAL 399, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 73–2036. INQUIPCO, INC., DBA INDUSTRIAL EQUIPMENT CO., ET AL. *v.* COMMERCE UNION BANK. Ct. App. Tenn. Certiorari denied.

No. 73–2046. FIVE SMITHS, INC. *v.* HOLLAWAY ET AL. Temp. Emerg. Ct. App. Certiorari denied.